JAT COMPANY, INC., *ET AL.*, PLAINTIFFS-PETITIONERS, v. DIVISION OF TAX APPEALS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Chandless, Weller & Kramer* for the petitioners.

*Mr. Guy W. Calissi* and *Mr. Charles L. Bertini* for the respondents.

April 8, 1958. Denied.

MARION MICHALSKI, PLAINTIFF-RESPONDENT, v. ALEXANDRA OTTO MICHALSKI, DEFENDANT-PETITIONER.

*Messrs. Van Riper & Belmont* for the petitioner.

*Mr. Frank A. Palmieri* for the respondent.

June 9, 1958. Denied.